UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charles Entress,<br><br>       Plaintiff,<br>    v.<br><br>First Revenue Assurance, LLC; and DOES 1-10, inclusive,<br><br>       Defendant. | Civil Action No.: 1:10-cv-00792-GLS-DRH |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 26, 2011

        Respectfully submitted,

        PLAINTIFF, Charles Entress

        /s/ Sergei Lemberg

        Sergei Lemberg, Esq. (SL 6331)
        **LEMBERG & ASSOCIATES L.L.C.**
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (877) 795-3666
        slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 26, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By /s/ Sergei Lemberg

                                                    Sergei Lemberg